UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DOUG GREISEN, an individual,<br><br>              Plaintiff,<br><br>   v.<br><br>JON HANKEN, an individual, JOHN DOES 1-5, and CITY OF SCAPPOOSE, an Oregon municipality,<br><br>              Defendants. | Case No. 3:14-cv-01399-SI<br><br>JOINT ALTERNATE DISPUTE RESOLUTION REPORT |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☑ Yes         ☐ No

    If not, provide an explanation:

2. The parties propose: *(check one of the following)*

    ☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

    ☐ (b)  That the court refer this case to mediation using a Court-sponsored mediator or staff mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures).

PAGE 1 -    JOINT ALTERNATIVE DISPUTE RESOLUTION

The parties seek a Court mediator because:

☐ (c)    ADR may be helpful at a later date following completion of:

☐ (d)    The parties believe the court would be of assistance in preparing for ADR by:

☐ (e)    The parties do not believe that any form of ADR will assist in the resolution of this case.

☑ (f)    Other: Counsel for the parties believe it would assist with resolution of this case for the Court to order a settlement conference with a Judge pursuant to LR 16-4(e)(2).

Dated: January 29, 2015

           By:     *s/John Ostrander*
                    **JOHN D. OSTRANDER, OSB NO. 87394**
                    Plaintiff's Attorney

           By:     *s/Karen M. Vickers*
                    **KAREN M. VICKERS, OSB NO. 913810**
                    Defendants' Attorney