**John D. Ostrander, OSB No. 87394**, john@eoplaw.com
**William A. Drew, OSB No. 95253**, bill@eoplaw.com
ELLIOTT, OSTRANDER & PRESTON, P.C.
707 SW Washington Street, Suite 1500
Portland, Oregon 97205
Telephone:  (503) 224-7112
Facsimile:  (503) 224-7819

    Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

**DOUG GREISEN**, an individual,

    **PLAINTIFF**,

v.

**JON HANKEN**, an individual, **JOHN DOES 1-5**, and **CITY OF SCAPPOOSE**, an Oregon municipality,

    **DEFENDANTS**.

Case No. 3:14-cv-01399-SI

**PLAINTIFF'S ITEMIZED LIST OF DAMAGES**

Plaintiff seeks compensatory damages as follows:

Plaintiff seeks an award of compensatory damages under 42 U.S.C. § 1983.  The items of Compensatory damages are listed below:

### 1.  MONETARY LOSSES

$352,973 in lost compensation, lost leave time, diminished retirement benefits and excess health care coverages costs through the date of trial (July 22, 2016).

$1,482,607 in lost future compensation, retirement benefits and excess health care coverage costs post-trial (after July 22, 2016).

Page 1 – PLAINTIFF'S ITEMIZED LIST OF DAMAGES

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE (503) 224-7112
FACSIMILE (503) 224-7819
email: attorneys@eoplaw.com

These amounts will be proven through the testimony of Doug Greisen, Michelle Greisen, Ron Greisen and through Ron Greisen's expert report and the financial documents relied upon.

## 2. NON-MONETARY HARMS

Plaintiff seeks non-monetary damages for mental and emotional stress, humiliation, embarrassment and damage to reputation in the sum of $3,000,000. Plaintiff's claims for non-monetary damages will be proven primarily though the testimony of Doug Greisen, Michelle Greisen, Ciara Greisen, Ron Greisen, Jerry Gillham, Barb Hayden and Judi Ingham, and through the media exhibits.

DATED this 10th day of June, 2016.

ELLIOTT, OSTRANDER & PRESTON, P. C.


By:    /s/ John D. Ostrander
    John D. Ostrander, OSB #87394, john@eoplaw.com
    (503) 224-7112
    (503) 224-7819 fax
      Of Attorneys for Plaintiff

Page 2 – PLAINTIFF'S ITEMIZED LIST OF DAMAGES

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE (503) 224-7112
FACSIMILE (503) 224-7819
email: attorneys@eoplaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **PLAINTIFF'S ITEMIZED LIST OF DAMAGES** on:

Karen M Vickers
Mersereau Shannon LLP
1 SW Columbia St Ste 1600
Portland OR  97258
kvickers@mershanlaw.com

[  ]  by mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Portland, Oregon.

[X]  by hand delivering to said attorney(s) a true copy thereof.

[  ]  by faxing to said attorney(s) a true copy thereof.

[  ]  by emailing to said attorney(s) a true copy thereof.

[X]  by electronic filing with the Court's CM/ECF system. The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

Dated this 10th day of June, 2016

ELLIOTT, OSTRANDER & PRESTON, P.C.

By:    /s/ John D. Ostrander
John D. Ostrander, OSB #87394, john@eoplaw.com
(503) 224-7112
(503) 224-7819 fax
   Of Attorneys for Plaintiff

Page 3 – PLAINTIFF'S ITEMIZED LIST OF DAMAGES

**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE (503) 224-7112
FACSIMILE (503) 224-7819
email: attorneys@eoplaw.com