IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


DOUG GREISEN,                           Case No. 3:14-cv-1399-SI

       Plaintiff,                       VERDICT

   v.

JON HANKEN,

       Defendant.


WE, THE JURY, being first duly empaneled and sworn in the above-captioned case,

unanimously find and render our Verdict as follows:

1.     Did the Plaintiff (Doug Greisen) prove by a preponderance of the evidence that the

Defendant (Jon Hanken) retaliated against the Plaintiff in violation of the Plaintiff's First

Amendment rights?


               YES __X____           NO _____


*If you answered "No" to Question No. 1, your Verdict is for the Defendant. Do not answer*
*Question No. 2. Please have the presiding juror sign and date this form. If you answered "Yes"*
*to Question No. 1, please continue and answer Question No. 2.*


PAGE 1 – VERDICT

2.      Did the Defendant (Jon Hanken) prove by a preponderance of the evidence that the

Plaintiff (Doug Greisen) would have been subjected to the same adverse employment action or

actions that the Plaintiff alleges, in the absence of retaliation?

                    YES _____            NO __X_____

*If you answered "Yes" to Question No. 2, your Verdict is for the Defendant. Do not answer
Question No. 3. Please have the presiding juror sign and date this form. If you answered "No"
to Question No. 2, please continue and answer Question No. 3.*


3.      What is the total amount of damages, if any, that the Plaintiff (Doug Greisen) sustained

as a result of (that is, caused by) the Defendant's (Jon Hanken's) wrongful conduct?


        a.      Non-economic damages, if any:          $ 3,000,000


        b.      Economic damages, if any:              $ 1,117,488


*Your deliberations are now complete. Please have the presiding juror date and sign this Verdict.*


        DATED this 21 day of July, 2016.

                                        _____
                                        Presiding Juror




PAGE 2 – VERDICT