# LIST OF EXHIBITS AND WITNESSES

| Case No. | 3:14-cv-01399-SI | Judge Michael H. Simon |
|---|---|---|
| Title | Greisen | |
| | vs. | |
| | Hanken et al | |
| Dates of Hearing/Trial | 7/19/2016 to 7/21/2016 | |
| Court Reporters | Jill Erwin | |
| Deputy Clerks | Mary Austad | |

| Attorney for Govt. / Plaintiff | Attorney for Defendant |
|---|---|
| John D. Ostrander and William A. Drew | Blake H. Fry and Karen M. Vickers |

LIST OF WITNESSES

| Case No. | | Case Name: | |
|---|---|---|---|
| Date | Time | Witness | Called by |
| 7/19/2016 | 2:05 pm | Robert Eric Heller - Direct | Ptf |
| | 2:06 pm | Cross | Def |
| | 2:11 pm | Judi Ingham - Direct | Ptf |
| | 2:35 pm | Cross | Def |
| | 2:43 pm | Break | |
| | 3:03 pm | Douglas Greisen - Direct | Ptf |
| | 4:23 pm | Cross | Def |
| | 5:00 pm | Break | |
| 7/20/2016 | 9:00 am | Continued Cross | Def |
| | 9:08 am | Redirect | Ptf |
| | 9:18 am | Recross | Def |
| | 9:21 am | Michelle Greisen - Direct | Ptf |
| | 9:53 am | Cross | Def |
| | 9:55 am | Barbara Hayden - Direct | Ptf |
| | 10:04 am | Cross | Def |
| | 10:09 am | Mark Reed - Direct | Ptf |
| | 10:16 am | Cross | Def |
| | 10:20 am | Break | |
| | 10:44 am | Anthony Miltich - Direct | Ptf |
| | 10:50 am | Cross | Def |
| | 10:55 am | Redirect | Ptf |
| | 10:57 am | Aaron Olson - Direct | Ptf |
| | 11:02 am | Cross | Def |
| | 11:16 am | Redirect | Ptf |
| | 11:26 am | Recross | Def |
| | 11:27 am | Garold Gillham - Direct | Ptf |
| | 11:44 am | Cross | Def |
| | 11:47 am | Redirect | Ptf |
| | 11:55 am | Break | |
| | 1:04 pm | Ronald Greisen - Direct | Ptf |
| | 1:19 pm | Cross | Def |
| | 1:34 pm | Redirect | Ptf |

|  | 1:36 pm | Recross | Def |
|---|---|---|---|
|  | 1:39 pm | Deposition of Scott Burge dated June 4, 2015 | Ptf |
|  |  | Plaintiff Rests |  |
|  | 1:44 pm | Dennis Conner - Direct | Def |
|  | 1:56 pm | Cross | Ptf |
|  | 2:03 pm | Redirect | Def |
|  | 2:05 pm | Don Otterman - Direct | Def |
|  | 2:22 pm | Cross | Ptf |
|  | 2:45 pm | Redirect | Def |
|  | 2:46 pm | Recross | Ptf |
|  | 2:48 pm | Craig Stoelk - Direct | Def |
|  | 3:05 pm | Cross | Ptf |
|  | 3:17 pm | Redirect | Def |
|  | 3:18 pm | Break |  |
|  | 3:50 pm | Jill Herr - Direct | Def |
|  | 4:01 pm | Katherine Head - Direct | Def |
|  | 4:04 pm | Norman Miller - Direct | Def |
|  | 4:25 pm | Cross | Ptf |
|  | 4:39 pm | Redirect | Def |
|  | 4:44 pm | John Hanken - Direct | Def |
| 7/21/2016 | 9:15 am | Continued - Direct | Def |
|  | 10:10 am | Break |  |
|  | 10:30 am | Cross | Ptf |
|  | 11:23 am | Redirect | Def |
|  | 11:34 am | Jason Oxenrider - Rebuttal | Ptf |
|  | 11:37 am | Redirect | Def |
|  |  | Defendant rests |  |
|  |  |  |  |
|  | . |  |  |
|  |  | . |  |

U.S. District Court, District of Oregon
Admitted Exhibits Log for: 3-14-cv-01399-SI
Greisen v. Hanken et al, 7/19/2016

U.S. District Court, District of Oregon
Admitted Exhibits Log for: 3-14-cv-01399-SI
Greisen v. Hanken et al, 7/19/2016

| Exhibit | Rls | Description |
| --- | --- | --- |
| Pla-1 | No | Scappose Police Policy Manual |
| Pla-4 | No | Personnel File Item Ethics Code |
| Pla-8 | No | Personnel File Item Disclosure |
| Pla-9 | No | Personnel File Item Disclosure |
| Pla-10 | No | Personnel File Item FBI Invitation |
| Pla-12 | No | Personnel File Item St. Helens Commendation |
| Pla-13 | No | Personnel File Item Training History |
| Pla-14 | No | Letter of Commendation from Mayor |
| Pla-15 | No | Top Cop Article |
| Pla-16 | No | Email Chain With Plaintiff |
| Pla-17 | No | Tactical Ammunition Invoice |
| Pla-18 | No | Tactical Ammunition Receipt |
| Pla-19 | No | Tactical Ammunition Invoice |
| Pla-20 | No | Tactical Ammunition Receipt |
| Pla-21 | No | Email Between Plaintiff and Herr |
| Pla-22 | No | Email Between Plaintiff and Herr |
| Pla-23 | No | Financial Course Certificate |
| Pla-25 | No | Photo Vehicle Hit by Bickmore |
| Pla-26 | No | Photo of Police Vehicle |
| Pla-27 | No | Bickmore Mugshot 1 |
| Pla-28 | No | Bickmore MugShot 2 |
| Pla-29 | No | Bickmore Mugshot 3 |
| Pla-30 | No | Bickmore MugShot 4 |
| Pla-32 | No | Bickmore Guilty Pleading Order |
| Pla-33 | No | Notice of Investigative Commencement |
| Pla-34 | No | Notice of Harrassment Investigation |
| Pla-35 | No | Notice of Discipline |
| Pla-36 | No | Email Between Plaintiff and Hanken |
| Pla-37 | No | Appeal |
| Pla-38 | No | Letter from Hanken |
| Pla-39 | No | Suspension Article |
| Pla-40 | No | Chief on Paid Leave Article |
| Pla-46 | No | Chiefs Violations Article |
| Pla-47 | No | Notice for Financial Investigation |
| Pla-49 | No | PRC Report |
| Pla-50 | No | KOIN 6 News Report Video |
| Pla-51 | No | Use of Unauthorized Account Article |
| Pla-53 | No | Letter to Spotlight Editor |
| Pla-59 | No | Letter of Termination |
| Pla-60 | No | Greisen Resume |

| | | |
|---|---|---|
| Pla-61 | No | Summary of Potential Employers |
| Pla-68-a | No | Map of Job Search |
| Pla-80 | No | BOLI Complaint 2-27-14 |
| Def-201 | No | Memo 5-30-13 |
| Def-202 | No | Email 8-20-13 |
| Def-203 | No | Stoelk Investigative Report |
| Def-204 | No | Memo from Miller to Hanken |
| Def-205 | No | Ltr 12-26-13 w-investigation |
| Def-209 | No | Financial Rpt 6-30-12 |
| Def-210 | No | Financial Report 6-30-13 |
| Def-211 | No | Financial Rpt 6-30-14 |
| Def-212 | No | Employment Contract 2002 |