# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DOUG GREISEN,** | Case No. 3:14-cv-01399-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JON HANKEN,** | |
| Defendant. | |

**Michael H. Simon, District Judge.**

This action was tried by a jury, from July 19, 2016, to July 21, 2016, with Judge Michael H. Simon presiding. The jury has rendered a verdict. Plaintiff, Doug Greisen, shall recover against Defendant, Jon Hanken:

(1) Damages in the sum of $4,117,488;

(2) Attorney's fees and costs to be determined by the Court; and

(3) Post-Judgment simple interest at the annual rate of 0.52 percent from the date of this Judgment until paid.

**IT IS SO ORDERED**.

DATED this 22nd day of July, 2016.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT