# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DOUG GREISEN,** | Case No. 3:14-cv-01399-SI |
| Plaintiff, | **SUPPLEMENTAL JUDGMENT** |
| v. | |
| **JON HANKEN,** | |
| Defendant. | |

**Michael H. Simon, District Judge.**

Based on the stipulation of the parties, Plaintiff Doug Greisen shall also recover against Defendant Jon Hanken, for legal work and expenses incurred through May 18, 2017:

(1)　attorney's fees in the amount of $352,055.00;

(2)　costs in the amount of $3,885.55; and

(3)　post-judgment simple interest on the sum of (1) and (2) above at the annual rate of 1.17 percent from the date of this Judgment until paid.

**IT IS SO ORDERED**.

DATED this 2nd day of June, 2017.

                                                /s/ Michael H. Simon
                                                Michael H. Simon
                                                United States District Judge