Karen M. Vickers, OSB No. 913810
E-mail: kvickers@mershanlaw.com
Blake H. Fry, OSB No. 100128
E-mail: bfry@mershanlaw.com
MERSEREAU SHANNON LLP
One SW Columbia Street, Suite 1600
Portland, OR 97258-2089
Telephone: (503) 226-6400
Facsimile: (503) 226-0383

Thomas M. Christ, OSB No. 834064
E-mail: tchrist@cosgravelaw.com
Julie A. Smith, OSB No. 983450
E-mail: jsmith@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendant Jon Hanken

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DOUG GREISEN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>JON HANKEN, an individual, JOHN DOES 1-5, and CITY OF SCAPPOOSE, an Oregon municipality,<br><br>  Defendants. | Case No. 3:14-cv-01399-SI<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that defendant Jon Hanken appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court

Page 1 – **NOTICE OF APPEAL**

2814909

entered in this case on July 22, 2016, from the order of the district court entered in this case on May 12, 2017, denying defendant's motion for judgment as a matter of law and alternative motions for new trial and remittitur, and from the supplemental judgment for attorney fees and costs entered in this case on June 2, 2017.

DATED: June 6, 2017

Respectfully submitted,

COSGRAVE VERGEER KESTER LLP

*s/ Julie A. Smith*
Julie A. Smith, OSB No. 983450
Thomas M. Christ, OSB No. 834064

Attorneys for Defendant Jon Hanken

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the District of Oregon using the CM/ECF system. I further certify that I served a true and correct copy of the foregoing **NOTICE OF APPEAL** on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

I further certify that said copy was delivered as indicated above and addressed to said attorneys at the addresses listed below:

John D. Ostrander
William A. Drew
Elliot, Ostrander & Preston, P.C.
707 SW Washington Street, Suite 1500
Portland, OR  97205
    Of Attorneys for Plaintiff

Karen M. Vickers
Blake H. Fry
Mersereau Shannon LLP
One SW Columbia Street, Suite 1600
Portland, OR  97258-2089
    Of Attorneys for Defendant Jon Hanken

DATED:  June 6, 2017

        *s/ Julie A. Smith*
        Julie A. Smith